IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**BOBBY HEIDELBERG**                                              **PETITIONER**

**VERSUS**                                **CIVIL ACTION NO. 2:06cv149KS-MTP**

**JOHN DOE**                                                      **RESPONDENT**

## ORDER TO SHOW CAUSE

On June 5, 2006, the petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and requested in forma pauperis status. On June 19, 2006, an order was entered directing the petitioner to file an amended petition, within twenty days. The petitioner was warned that his failure to timely comply with any order of this Court would result in the dismissal of this case. The petitioner has failed to comply with this order. Accordingly, it is hereby,

ORDERED:

(1) That within fifteen days from the date of this order, petitioner shall show cause why this case should not be dismissed for his failure to comply with the Court's order of June 16, 2006.

(2) That petitioner shall comply with the Court's June 16, 2006 order, within fifteen days from the date of this order, by filing an amended petition as set forth in the June 16, 2006 order.

(3) That petitioner is warned that his failure to advise this Court of a change of address or failure to timely comply with any order of this Court will be deemed as a purposeful delay

and contumacious act by the petitioner and will result in this cause being dismissed without prejudice and without further notice to the petitioner.

(4)  That the Clerk of Court is directed to attach a copy of the June 16, 2006 order to a copy of this order and mail it to the petitioner at his last known address.

THIS, the <u>1st</u>  day of August, 2006.


<u>s/Michael T. Parker</u><br>
UNITED STATES MAGISTRATE JUDGE

2:06cv149KS-MTP                                  2